UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOBBY LEE DICKERSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> ALL GOVERNMENT OFFICIALS WHO HATE ME, *et al*., <br><br> Defendants. | Case No. C18-0546-JCC-MAT <br><br> REPORT AND RECOMMENDATION |

Plaintiff Bobby Lee Dickerson, Jr. is currently confined at the King County Jail in Seattle, Washington. He has submitted to this Court for filing a civil rights complaint under 42 U.S.C. § 1983. (*See* Dkt. 1.) Plaintiff's proposed complaint is largely unintelligible. It appears, however, that he may be seeking to challenge a recent arrest and his ongoing confinement in the King County Jail. (*See id*. at 3.) Plaintiff seeks various forms of relief including monetary damages and release from custody. (*See id*. at 4.) Plaintiff has also submitted to the Court for filing a motion for default judgment, a motion for summary judgment, and a motion for "Memorandum Judgment Order." (*See* Dkt. 1-1; Dkt. 1-2 at 1, 3.)

Plaintiff failed to submit in conjunction with his complaint either a filing fee or an application to proceed with the action *in forma pauperis*. Thus, on May 2, 2018, the Clerk sent

REPORT AND RECOMMENDATION - 1

plaintiff a letter advising him that his submission was deficient and that he would have to submit the correct *in forma pauperis* application form by June 1, 2018, or risk dismissal of this action. (Dkt. 3.) Plaintiff was also provided a copy of the proper form. (*See id*.) To date, plaintiff has not submitted an *in forma pauperis* application form nor has he otherwise met the filing fee requirement. As plaintiff has had ample time to correct the deficiency identified by the Clerk, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 6, 2018**.

DATED this 12th day of June, 2018.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2