THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOBBY LEE DICKERSON, JR., | CASE NO. C18-0546-JCC |
| Plaintiff, | ORDER |
| v. | |
| ALL GOVERNMENT OFFICIALS WHO HATE ME, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 4). Plaintiff, who is currently incarcerated at the King County Jail, submitted a civil rights complaint under 42 U.S.C. section 1983 (Dkt. No. 1). Judge Theiler recommends the Court dismiss the complaint because Plaintiff has not paid the filing fee or submitted an *in forma pauperis* application. (Dkt. No. 4 at 2.) Plaintiff has not objected to Judge Theiler's R&R. Accordingly, the Court ADOPTS the R&R and ORDERS as follows:

(1) This action is DISMISSED without prejudice for failure to prosecute; and

(2) The Clerk is DIRECTED to send copies of this order to Plaintiff and to Judge Theiler.

//
//

ORDER
C18-0456-JCC
PAGE - 1

DATED this 9th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0456-JCC
PAGE - 2